# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:19-CT-3071

(To be filled out by Clerk's Office only)

FILED

MAR 1 8 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Demetrius Demon Dukes

Inmate Number 603

*(In the space above enter the full name(s) of the plaintiff(s).)*

## COMPLAINT
(*Pro Se* Prisoner)

-against-

Terrance Whitehurst
Adam Ambrose
Derek Lee

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2017 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Demetrius Dukes
**Name**

603
**Prisoner ID #**

Bertie Martin Regional Jail
**Place of Detention**

230 County Farm rd
**Institutional Address**

Windsor                NC              27983
**City**                  **State**        **Zip Code**

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Page 2 of 10

Case 5:19-ct-03071-M    Document 1    Filed 03/18/19    Page 2 of 10

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Terrance, Whitehurst
**Name**

Administrator
**Current Job Title**

230 County farm rd
**Current Work Address**

Windsor   NC   27983
**City**   **State**   **Zip Code**

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: Adam Ambrose.
**Name**

Lieutenant
**Current Job Title**

230 County farm rd
**Current Work Address**

Windsor   NC   27983
**City**   **State**   **Zip Code**

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: Derek Lee
Name

Corporal
Current Job Title

230 County farm rd
Current Work Address

Windsor           NC         27983
City              State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City              State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Bertie Martin Regional Jail

Date(s) of occurrence: April 11, 2018 - Feb 11, 2018

State which of your federal constitutional or federal statutory rights have been violated:

N. 5th Amendment, 1st Amendment, 14 Amendment, excessive force

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Mr. Whitehurst set policy in effect that allow inmate to be punish without due process by jailors. The policy also infinged on Constitutional Rights of inmates. The policy also allow inmate to be punish using maces and tazors without be in threating situation. Since I been in Bertie Martin Regional Jail I have been discipline without due process with no legal evidence of breaking any rules. I have had my visitation and food with held from me. Numberous time the cell block I'm in, (C-block) has been overcrowded and myself and other inmate and I are fore to sleep on the floor. I have been Denied access to the court. I have been denied food, proper hygen, and a sanitize enviroment. We are only allowed only one uniform, bath rag, and towel. As a result we only can shower every three days.

[Sidebar: Who did what to you?]

**What happened to you?**

I have been mace as a disciplinary action. I have had my rights infinged upon without due process. I have had my visitation right taking away. I have been lock down in isolations for approximately forty-one days without being release form the cell. I have had my telephone right taking away and not allow to contact my lawyer through telephone. I have had food witheld form me for two week to months at a time after ordering canteen. I have had eye infection and headache from the mold and fungus build up in the coners of the jail. I have exprience discrimination because I am an imate. I have been given spoiled and expired items.

**When did it happen to you?**

April 11, 2018 - present
I was in isolation from April 11, 2018 to May 22. At this time I was just coming to jail and I didnt do anything to be put in isolation. Plenty of times I have been discipline for thing I didn't do.

**Where did it happen to you?**

C-Block, Bertie Martin Regional Jail, Windsor, North Carolina

**What was your injury?**

Skin burn, emotion distress, deprivation of rights, hunger pains, deprivation of civilization. I am a victim of unconstitution action and continue to suffer in fear of being assualted by mace or tazor. Also in fear of being torture with uncontitutional policy. I don't get to take as many bath as I should take. Even if I do take a bath I have to wear the same dirty pants. The jail feel like It not there job to bring me hygen. This jail also have a insufficent grievance process. The Jailor don't offer copies of our grievance and we inmate never recieve a reponse for a complaint of an appeal.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No
If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like to be rewarded monetary relief, for nominal compensatory and punitive damages. I also would like a policy thats constitutional, undiscriminitive, and protects pretrail detainee's rights. I am seeking $300,000 in damages

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? __1__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

5:18-CT-3226-FL, dismissed for fail to state a claim.

5:18-CT-3172-FL, pending

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Feb. 20, 2019
Dated

Demetrius Dukes
Plaintiff's Signature

Demetrius Dukes
Printed Name

6003
Prison Identification #

230 county farm rd    Windsor    NC    27983
Prison Address         City       State  Zip Code